IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: LIBERTY NATIONAL INSURANCE CASES** | )<br>) | Master Case Number:<br>**CV-02-C-2741-S** |

**************************

| | | |
|---|---|---|
| **ELLEN GAYLE MOORE**, **FANNIE W. McCONNELL, and ANITA BOWERS,** on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action Number<br>**99-C-3262-S** |
| vs. | ) | |
| **LIBERTY NATIONAL INSURANCE COMPANY,** | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER
DENYING MOTION TO CLARIFY CLASS CERTIFICATION RULING**

In the Court's view, there is no ambiguity in its Class Certification Order.

This action has been certified as a Rule 23(b)(2) class action. The class members include those who have filed separate actions against the Defendant; and all class members will be bound by the liability determination in this case,

whether it is favorable or unfavorable to them.[1]

Notice to class members is not required in a Rule 23(b)(2) action; and in light of the parties' apparent inability to agree on an appropriate notice to the class, the Court hereby exercises its discretion *not* to require that notice be given.

The Defendant's Motion to Clarify Class Action Ruling is hereby DENIED. (*See* Doc. 97.)

Done this 2nd day of August, 2005.

_____
U.W. Clemon
Chief United States District Judge

---

[1] The class members who have filed separate actions against the Defendant retain their right to seek compensatory and punitive damages in addition to equitable relief, in the event that the class prevails on the liability issue.